IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CRIMINAL CASE NO. 1:12cr113

UNITED STATES OF AMERICA, )
)
)
vs. ) **O R D E R**
)
)
ANTHONY M. EDGERTON, JR. )
_____ )

**THIS MATTER** is before the Court on the Government's Motion to Dismiss [Doc. 4].

For the reasons stated in the motion, it will be granted.

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Dismiss [Doc. 4] is hereby **GRANTED** and the Bill of Indictment is hereby **DISMISSED** without prejudice.

Signed: February 4, 2013

Martin Reidinger
United States District Judge